**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

GLEN FIELDS and RON SCOTT,

    Plaintiffs,

v.                                                Case No: 8:14-cv-3071-T-30EAJ

MAJESTIC SEALS & STRIPES, INC.,
LINDA D. DAVIS and DAN DAVIS,

    Defendants.

---

**ORDER**

THIS CAUSE comes before the Court *sua sponte*. A review of the file indicates that the *pro se* Plaintiffs have failed to respond to the Order to Show Cause (Dkt. #27) issued on April 15, 2015, which required Plaintiffs to show cause, in writing, why this case should not be dismissed for the failure of the Plaintiffs to comply with the provisions of this Court's FLSA Scheduling Order (Dkt. #10). As no responses to the Order to Show Cause have been filed, it is

**ORDERED AND ADJUDGED** as follows:

    1.    Plaintiff's Amended Complaint is dismissed without prejudice.

    2.    Defendants shall file a motion for judgment on their Counterclaim on or before May 30, 2015. Failure to do so may result in dismissal of the Counterclaim without prejudice and without further notice.

**DONE** and **ORDERED** in Tampa, Florida, this 5th day of May, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2014\14-cv-3071 dismissal.docx

2